FILED 14 MAY '26 11:41 USDC-ORE

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

## EUGENE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | 6:26-cr-00155-MC |
| v. | INDICTMENT |
| JOHN RICHARD WALTERS | 18 U.S.C. § 875(c) |
| Defendant. | |

### THE GRAND JURY CHARGES:

### COUNT 1
### (Interstate Communications)
### (18 U.S.C § 875(c))

On or about November 23, 2025, in the District of Oregon, defendant **JOHN RICHARD WALTERS** knowingly and willfully transmitted in interstate and foreign commerce a communication, by way of an internet-based social media site, to wit, a post threatening to shoot a law enforcement official in the head, knowing and with reckless disregard that the communication would be viewed as a true threat of violence.

In violation of Title 18, United States Code, Section 875(c).

Dated: May 14, 2026

A TRUE BILL.

OFFICIATING FOREPERSON

Presented by:

SCOTT E. BRADFORD
United States Attorney

JEFFREY S. SWEET
Assistant United States Attorney

**Indictment**